**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

KIMBERLY MAIER,

        Plaintiff,

v.                                    Case No:  6:15-cv-2096-Orl-40KRS

RAVAGO AMERICAS, LLC,

        Defendant.
_____/

## ORDER

This cause is before the Court on the Joint Motion for Approval of Settlement (Doc. 16) filed on February 16, 2016. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that a Joint Notice of Non-Objection to Report and Recommendation (Doc. 19) was filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 18, 2016 (Doc. 18), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement (Doc. 16) is **GRANTED**.

3. The Court **FINDS** that the parties' settlement agreement (Doc. 16-1) is a fair and reasonable resolution of a *bona fide* dispute under the FLSA.

4. The Court **DECLINES** to retain jurisdiction to enforce the settlement agreement.

5. The case is **DISMISSED with prejudice**.

6. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on February 23, 2016.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties